# AKIN & SALAMAN PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400    Fax. (212) 825-1440

ZAFER A. AKIN  
ROBERT D. SALAMAN

-----------------------------------

OLENA TATURA  
KAYLA CALLAHAN  
JUSTIN AMES  
HAKAN SEN

-------------------------------------------

October 10, 2024

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/10/2024

**Via ECF**

Honorable Mary Kay Vyskocil  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 2230  
New York, NY 10007

      **Re:   Peters v. Masonry Solutions International, Inc. *et al*.**  
            **Case No.: 24-cv-04669-MKV**

Dear Honorable Judge Vyskocil:

On behalf of the plaintiff, and with the consent of opposing counsel, representing the defendants, we write to respectfully request that the Initial Conference, currently scheduled to take place on October 22, 2024 at 11.30a.m. before Your Honor, to be adjourned until after the parties have an opportunity to attend the court-ordered mediation, currently scheduled to take place on November 1, 2024. The reason for the request is judicial economy in case parties reach an amicable resolution. This is parties' first request for adjournment. No other deadlines are impacted by the proposed adjournment.

We thank the Court for its consideration of this request.

**GRANTED. The Initial Pretrial Conference scheduled for October 22, 2024 at 11:30 AM is ADJOURNED to November 19, 2024 at 3:00 PM. One week in advance of the Conference, by November 12, 2024, the parties shall submit the joint materials described in the Court's Order at ECF No. 10. In addition, the parties shall file a joint letter within one week of any scheduled mediation session advising the Court of the status, but not the substance, of settlement efforts. SO ORDERED.**

Date: 10/10/2024  
New York, New York

*Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge

Respectfully submitted,

Akin & Salaman PLLC

*/s/ Olena Tatura*  
_____  
Olena Tatura, Esq.

cc: Lawrence Bluestone, Esq. (Counsel for Defendants)