USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLENT PETERS, <br><br> Plaintiff, <br><br> -against- <br><br> MASONRY SOLUTIONS INTERNATIONAL, INC. and MATTHEW K. RUTH, <br><br> Defendants. | 1:24-cv-04669 (MKV) <br><br> **ORDER OF DISMISSAL** |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Plaintiff with consent of Defendants informing the Court that the parties have reached a settlement in principle. [ECF No. 15]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by December 6, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines, including the Initial Pretrial Conference scheduled for November 19, 2024, are adjourned *sine die*.

**SO ORDERED.**

Date: **November 6, 2024**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**